FILED

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

2022 OCT -3  AM 8: 48

for the

### Middle District of Florida

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

### Orange Division

|  |  |
|---|---|
| Xiomara Torres Mendez<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>–v–<br><br>Department of Veterans Affairs<br>Office of General Counsel<br>Torts Law Group<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.      The Parties to This Complaint**

    **A.      The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Xiomara Torres Mendez |
| Street Address | 962 Jade Forest Ave |
| City and County | Orlando, Orange |
| State and Zip Code | Fl 32828 |
| Telephone Number | 787-543-3023 |
| E-mail Address | Xiomara.torres99@gmail.com |

    **B.      The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Ellen M. Hastings |
| Job or Title *(if known)* | Staff Attorney |
| Street Address | 810 Vermont Avenue, NW |
| City and County | Washington |
| State and Zip Code | DC 20420 |
| Telephone Number | 2028152147 |
| E-mail Address *(if known)* | ellen.hastings@va.gov |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* Department of Veterans Affairs , is a citizen of the State of *(name)* Washington, DC .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* Department of Veterans Affairs Office of General Counsel Torts Law Group , is incorporated under the laws of the State of *(name)* Washington, DC ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* Xiomara Torres Mendez , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)*

2.    If the defendant is a corporation

The defendant, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.      The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$150,000.00

**III.     Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*      03/31/2022      , at *(place)*   Orlando, FL                                                                          ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Tort claim against the United States,was filed on 03/31/2022 based on a negligent or wrongful act or omission of an employee of the Department of Veterans Affairs acting within the scope of his or her employment.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

I filed my Tort Claim 03/2022 due to the negligence of the Orlando, VA that resulted in my having bilateral knee surgery. After contant complaints to my doctor, I ended up having to use private insurance to have a outside provider tell me that I did have issues from my fall. The Orlando, VA made me feel as if I was crazy and my pain was all in my head, they gaslighted me so bad that I get extrem anxiety and loathe going for follow ups.

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

I no longer view the Veterans Hospital as a reliable source to go regarding my health. The fact is they made me believe my pain was all in my head, I started to believe that maybe they were correct. I am afraid to mention to the VA doctors if i am in pain over fear that I will be gaslighted.  My mental health and anxiety is at a all time high whenever I have to go to the VA Hospital or even the mention. I would like to request $150,00.00 for damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            10/03/2022

Signature of Plaintiff
Printed Name of Plaintiff    Xiomara Torres Mendez

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence